# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANGEL ROMERO MARTINES,

Defendant.

Case No.: 26-CR-4133-AGS

**JUDGMENT AND DISMISSAL ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**

Based upon the unopposed motion of the United States (ECF 18), and good cause appearing therefrom, **IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: November 19, 2026

Hon. ANDREW G. SCHOPLER
United States District